Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
5071 N. Rainbow Blvd., Suite 110
Telephone: (702) 337-2322
Fax: (702) 329-5881
mk@kindlaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NERVADA**

| | |
|---|---|
| LENNORIS GURLEY, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-01385 |
| *Plaintiff*, | |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |
| FORMAN AUTOMOTIVE, INC., | |
| *Defendant*. | |

**JOINT STIPULATION FOR DISMISSAL**

Plaintiff, Lennoris Gurley, and Defendant, FORMAN AUTOMOTIVE, INC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.      All claims of the Plaintiff, Lennoris Gurley, individually, are hereby dismissed with prejudice.

2.      All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: June 4, 2026

| | |
|---|---|
| */s/ Jeffery A. Bendavid* | */s/ Michael Kind* |
| JEFFERY A. BENDAVID, ESQ. | Michael Kind, Esq |
| Nevada Bar No. 6220 | Nevada Bar No.: 13903 |
| jbendavid@bendavidfirm.com | Kind Law |
| CHRISOTPHER HANLEY, ESQ. | 5071 N. Rainbow Blvd., Suite 110 |
| Nevada Bar No. 11391 | Las Vegas, NV 89130 |
| chanley@bendavidfirm.com | Telephone: (702) 337-2322 |
| | Fax: (702) 329-5881 |
| JACQUELINE VOKOUN, ESQ. | mk@kindlaw.com |
| Nevada Bar No. 16400 | |
| jvokoun@bendavidfirm.com | **Shamis & Gentile, P.A.** |
| BENDAVID LAW | Christopher E. Berman (*Pro Hac Vice*) |
| 7301 Peak Drive, Suite 150 | cberman@shamisgentile.com |
| Las Vegas, Nevada 89128 | 14 NE 1st Ave., Suite 705 |
| (702) 385-6114 | Miami, Florida 33132 |
| | Telephone: (305) 479-2299 |
| *Attorneys for Defendant* | *Counsel for Plaintiff and the Proposed Class* |

**IT IS SO ORDERED**

DATED this 5th day of June, 2026.

_____
Miranda M. Du, U.S. District Judge

2

**JOINT STIPULATION FOR DISMISSAL**